# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Chris Doop,

    Petitioner

v.

Steven B. Wolfson, et. al.,

    Respondents

Case No.: 2:22-cv-00440-JAD-DJA

**Order Resending Order and Judgment**

    Pro se petitioner Chris Doop filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking federal review related to his ongoing state criminal case and pretrial detention.[1] Following an initial review under the Habeas Rules, I found that Doop's claims were unexhausted and that federal abstention is required, so I dismissed his petition without prejudice.[2] My order and the judgment were mailed to Doop but were returned with a notation that Doop was no longer in custody.[3] Thereafter, Doop filed a notice of change of address.[4]

    IT IS THEREFORE ORDERED that the Clerk of the Court is directed **to send the order [ECF No. 6] and judgment [ECF No. 7]** to Doop's new address.

    _____
    U.S. District Judge Jennifer A. Dorsey
    May 3, 2022

---

[1] ECF No. 5-2.
[2] ECF No. 6.
[3] ECF No. 8.
[4] ECF No. 9.